489 A.2d 1363

**Leonard J. BODACK, Appellant,**

v.

**PENNSYLVANIA PUBLIC UTILITY COMMISSION, Appellee.**

Supreme Court of Pennsylvania.

Argued Sept. 15, 1983.

Decided April 9, 1985.

Albert D. Brandon, Pittsburgh, Pa., for appellant.

Daniel P. Delaney, Deputy Chief Counsel, P.U.C., Harrisburg, Pa., for appellee.

Anthony C. DeCusatis, William E. Zeiter, Harrisburg, Pa., for intervenors—Pa. Elec. Assn., et al.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, HUTCHINSON, ZAPPALA and PAPADAKOS, JJ.

## ORDER

PER CURIAM.

AND NOW, this 9th day of April, 1985, the Order of the Commonwealth Court filed January 28, 1983, 71 Pa.Cmwlth. 454, 455 A.2d 734, dismissing appellant's petition for a writ of prohibition is affirmed, *Carpentertown Coal & Coke Co. v. Laird,* 360 Pa. 94, 61 A.2d 426 (1948). *See also Barasch, Consumer Advocate v. PUC and Pennsylvania Power Company,* 507 Pa. 496, 491 A.2d 94 (1984).

LARSEN, ZAPPALA and PAPADAKOS, JJ., dissent and would reach the merits.